BOESCHE v. RALEIGH-DURHAM AIRPORT AUTHORITY

[336 N.C. 304 (1994)]

WILLIAM DWIGHT BOESCHE, Plaintiff v. RALEIGH-DURHAM AIRPORT
    AUTHORITY; BERT COLLINS, in his official capacity as Airport Authori-
    ty Chairman; JOHN C. BRANTLEY, in his official capacity as Airport
    Director; JOHN C. BRANTLEY, in his individual capacity; NEDRA
    FARRAR-LUTEN, in her official capacity as Airport Personnel Manager;
    NEDRA FARRAR-LUTEN, in her individual capacity; ANDREW T. OWENS,
    in his official capacity as Airport Maintenance Manager; ANDREW T.
    OWENS, in his individual capacity, Defendants

No. 353PA93

(Filed 6 May 1994)

On plaintiff's appeal pursuant to N.C.G.S. § 7A-30(1) and peti-
tion for discretionary review pursuant to N.C.G.S. § 7A-31 from
a decision of the Court of Appeals, 111 N.C. App. 149, 432 S.E.2d
137 (1993), affirming an order entered by Judge Hobgood at the
24 October 1991 Session of Superior Court, Orange County, allowing
defendants' Rule 12(b)6) motion to dismiss for failure to state a
claim. Heard in the Supreme Court 17 March 1994.

*Loftin & Loftin, by John D. Loftin; and Walter H. Bennett,
Jr., for plaintiff-appellant.*

*Newsom, Graham, Hedrick, Kennon & Cheek, P.A., by Lewis
A. Cheek,, Joel M. Craig, and John R. Long, for defendant-
appellees.*

PER CURIAM.

After considering the record and new briefs and hearing oral
argument, the Court concludes that plaintiff's petition for discre-
tionary review was improvidently allowed. The Court further
concludes that it should reconsider its earlier order denying defend-
ants' motion to dismiss the appeal. Upon reconsideration, the Court
determines that defendants' motion to dismiss plaintiff's appeal
should be allowed.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AP-
PEAL ALLOWED.